IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LARENZO DOUGLAS
ADC #82929                                                                                    PLAINTIFF

v.                             No. 5:14-cv-436-DPM-JTK

SHELLI MARONEY, Records Supervisor, ADC and
SHERRI FLYNN, Administrator, Sex Offender
Screening and Risk Assessment                                                        DEFENDANTS

ORDER

On *de novo* review, the Courts adopts the recommendation, № 4, as modified. Douglas's objections, № 5, are overruled. Douglas's claims are dismissed without prejudice. This dismissal isn't a strike under 28 U.S.C. § 1915(g). The issues are somewhat cloudy. See the pending appeal in *Billiot v. United States*, No. 14-2724 (8th Cir. 17 July 2014).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 January 2015