IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LARENZO DOUGLAS
ADC #82929                                                                                          PLAINTIFF

v.                                    No. 5:14-cv-436-DPM

SHELLI MARONEY, Records Supervisor, ADC and
SHERRI FLYNN, Administrator, Sex Offender
Screening and Risk Assessment                                             DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015